# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-16-00348-CV

**Joe Pena, Sr., Appellant**

**v.**

**Charles E. Lance and Rique D. Bobbitt, Appellees**

## FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
## NO. D-1-GN-05-001783, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Joe Pena, Sr. filed his notice of appeal on May 20, 2016, complaining of an order dismissing his lawsuit for want of prosecution, signed August 24, 2014. On June 2, 2016, we sent appellant a letter asking how we might be able to exercise jurisdiction over his appeal, asking that his response be filed no later than June 13. To date, appellant has not responded to our communication. We therefore dismiss the appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a); *see also id.* R. 26.1 (deadlines for filing notice of appeal in civil case).

David Puryear, Justice

Before Justices Puryear, Pemberton, and Field

Dismissed for Want of Jurisdiction

Filed:   July 28, 2016